**Motion DENIED.**
*[signature]*

IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| United States of America ) | |
| ) | |
| v ) | Case No. 3:10-00022 |
| ) | Judge Trauger |
| Scott Storey ) | |
|      Defendant ) | |

MOTION FOR SELF REPORT

Now comes the Defendant pursuant to U.S.C. 18 § 3143(a) and requests that he be allowed to self report to the Bureau of prisons for the sentence to be imposed by this Court. The grounds for this motion are:

1. The Defendant has entered a guilty plea to a two count indictment for distribution and receipt of child pornography.

2. The Defendant is scheduled for Sentencing on March 4, 2011.

3. The Defendant acknowledges that due to the serious nature of the offense and the 5 to 20 year statutory sentence provided for each offense that there is a significant probability that the Court will order that the Defendant be incarcerated pending his sentencing.

4. The Defendant also acknowledges that pursuant to U.S.C. 18 §3142 (e)(3) and §3143(a) that the burden is upon the Defendant to *demonstrate by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community*.

5. The Defendant submits that he is not likely to flee or to pose a danger to any person or the community. As proof of this assertion the Defendant submits: